IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN GREGORY and SHELBY GREGORY | : : : |
| Plaintiffs, | : CIVIL ACTION NO. 02-CV-3285 : : |
| v. | : : |
| BAYER CORPORATION; BAYER AG; GLAXOSMITHKLINE, PLC; GLAXOSMITHKLINE; SMITHKLINE BEECHAM | : ENTRY OF APPEARANCE : : : : : |
| Defendants. | : |

**ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____     _____
Hope S. Freiwald                   Aline Fairweather



_____     _____
Alison T. Conn                     Kirstin J. Miller



                            DECHERT PRICE & RHOADS
                            4000 Bell Atlantic Tower
                            1717 Arch Street
                            Philadelphia, PA  19103-2793
                            (215) 994-4000